```
YOUNG K. CHANG, ESQ.     [#164906]
3250 Wilshire Blvd., Suite 1915
Los Angeles, CA 90010
213)480-1050


Attorney for Debtor
NA CHUN PARK and SUNG HEE PARK
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:                             )   CASE NO.
                                   )
    NA CHUN PARK and             )   Chapter 7
    SUNG HEE PARK                )
                                   )   **DECLARATION OF DEBTOR RE:**
                                   )   **DEBT REPAYMENT PLAN**
                                   )
_____)

    We, **NA CHUN PARK** and **SUNG HEE PARK** declare:

    1.   We are the debtors in the bankruptcy case. We have the personal knowledge of the facts set forth below, and if called upon to testify, We would and could do so competently and truthfully.

    2.   On ____April 19____, 2010, pursuant to 11 U.S.C. Section 109(h) and 111, We received pre-bankruptcy credit counseling from an agency approved pursuant to 11 U.S.C. Section 111 and no debt repayment plan was prepared or developed during the counseling.

    We declare under penalty of perjury under the laws of the State of California that foregoing is true and correct.

    Executed on the __19th__ day of __April__, 2010, at Los Angeles, California.

_____          _____
NA CHUN PARK                        SUNG HEE PARK

DEBT REPAYMENT PLAN